United States District Court
Southern District of Texas
**ENTERED**
March 21, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BLANCA LOPEZ, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-15-174 |
| | § | |
| WAL-MART STORES, INC. & | § | |
| OSCAR SMITH, | § | |
| Defendants. | § | |

# ORDER

On January 15, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 24]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, the Court denies Plaintiff Blanca Lopez's motion to remand [Doc. No. 3] and Defendant Oscar Smith is dismissed from this case as improperly joined.

Signed this 21st day of March, 2016.

Andrew S. Hanen
United States District Judge